3

United States District Court
Southern District of Texas
FILED

SEP 26 2001

Michael N. Milby, Clerk of Court

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 9/25 |
| NAME OF SERVER (PRINT) Eddie M. _____ | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: GONZALO _____ 4500 N. Expressway 83 Brownsville, TX 78521

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/25/01
Date

16:30 PM
4:30 PM

Signature of Server: Eddie M. _____

Address of Server:
**Professional Civil Process**
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

SUBSCRIBED AND SWORN TO BEFORE ME ON September 25, 2001, TO CERTIFY WHICH WITNESS MY HAND AND OFFICIAL SEAL.

_____ G. Saldivar
NOTARY PUBLIC  STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

01 SEP 26 AM 11:47
MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT
FILED RCVD

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.