4

AO 440 (Rev. 1/90) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

SEP 26 2001

Michael N. Milby, Clerk

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9/25/01 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eddie M. Gonzalez | Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 4500 N. Expressway 83 Brownsville, TX 78521

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/25/01       Eddie M. Gonzalez
              Date                      Signature of Server

4:30 pm

**Professional Civil Process**
Address of Server  700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

SUBSCRIBED AND SWORN TO BEFORE ME ON September 25, 2001, TO CERTIFY WHICH WITNESS MY HAND AND OFFICIAL SEAL.

Juanita G. Saldivar
NOTARY PUBLIC   STATE OF TEXAS

01 SEP 26 AM 11:46
MICHAEL N. MILBY, CLERK

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.