IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

**SEP 2 7 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NEW HOLLAND NORTH AMERICA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| VS. | § | |
| | § | NO. <u>B-01-162</u> |
| ATLANTIC TRADING, INC. d/b/a | § | |
| TRACTOR-TEX and WILLIAM CURRAN, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## <u>CERTIFICATE OF FINANCIAL INTEREST</u>
## <u>OF PLAINTIFF NEW HOLLAND NORTH AMERICA, INC.</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, New Holland North America, Inc., and pursuant to the

Court's Order of September 24, 2001, files this Certificate of Financial Interest, setting forth

a list of all entities of Plaintiff that are financially interested in this litigation, including

parent, subsidiary, and affiliated corporations, as follows:

1.   New Holland North America, Inc. (subsidiary);

2.   Fiatallis North America, Inc. (subsidiary);

3.   CaseNewHolland Inc. (subsidiary);

4.   <u>CNH Global N.V.</u> (15% of company is publicly traded) (subsidiary);

5.   Fiat Netherlands Holdings N.V. (subsidiary); and

49380:984376.1:092701

6.    <u>Fiat SpA</u> (parent).

Respectfully submitted,

By: _____

James H. Hunter, Jr.
Federal ID No. 15703
State Bar No.  00784311
Jon D. Brooks
Federal ID No. 24936
State Bar No. 24004563
Attorney-in-Charge for Plaintiff,
**New Holland North America, Inc.**

Of Counsel:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377
(956) 542-4370 (facsimile)

John William Stader
Scott C. Smith
NEW HOLLAND NORTH AMERICA, INC.
500 Diller Avenue
New Holland, PA 17557

## Certificate of Service

I certify that on this the 27th day of September 2001, a true and correct copy of the

foregoing was mailed, certified mail, return receipt requested to:  William Curran, Atlantic

Trading, Inc. d/b/a, Tractor-Tex, 4500 North Expressway 83, Brownsville, Texas 78521.


Of Royston, Razor, Vickery & Williams, L.L.P.

49380:984376.1:092701                     -3-