IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 1 9 2001

| | | |
|---|---|---|
| NEW HOLLAND NORTH AMERICA, INC., | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| VS. | § | **NO. B-01-162** |
| | § | |
| ATLANTIC TRADING, INC. d/b/a | § | |
| TRACTOR-TEX and WILLIAM CURRAN, | § | |
| Defendants. | § | |

## CLERK'S ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendants. Although Defendants were cited to appear and answer herein, they have failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendants should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendants, Atlantic Trading, Inc. d/b/a Tractor-Tex and William Curran.

Singed on this _19th_ day of _October_, 2001, at Brownsville, Texas.

MICHAEL MILBY, DISTRICT CLERK

By: _____

_____, Deputy Clerk

cc:   Jon D. Brooks
      Royston, Rayzor, Vickery & Williams, L.L.P.
      55 Cove Circle
      Brownsville, Texas 78521

cc:   William Curran
      Atlantic Trading, Inc. d/b/a Tractor-Tex
      4500 N. Expressway 77/83
      Brownsville, Texas 78521

49380:987847.1:101901