12

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NEW HOLLAND NORTH AMERICA, INC., | § | |
| | § | |
| Plaintiff., | § | |
| | § | CIVIL ACTION No. B-01-162 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| | § | |
| ATLANTIC TRADING, INC. d/b/a | § | |
| TRACTOR-TEX and WILLIAM CURRAN, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

        BE IT REMEMBERED that on the 1st day of July 2002, the Court **ORDERED** the

Parties to Appear for a hearing on Plaintiffs' Motion for Contempt of Court [Dkt. No. 11]

on ___July 17___, 2002. @ 10:00 Am. At that time the Court will decide what relief, if

any, is necessary.

        DONE this 1st day of July, 2002 at Brownsville, Texas.

                                        _____
                                        Hilda G. Tagle
                                        United States District Judge