UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

**United States District Court
Southern District of Texas
ENTERED
JUL 10 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk**

| | | |
|---|---|---|
| New Holland North America, Inc. | § § § | |
| versus | § | CIVIL ACTION NO. B-01-162 |
| | § § § | |
| Atlantic Trading, Inc., d/b/a Tractor-Tex and William Curran | § | |

# ORDER

The motion hearing set for *July 17, 2002* has been moved up to:

**July 16, 2002 at 10:00 a.m.**

Signed July 10, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge