IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NEW HOLLAND NORTH AMERICA, INC., | § | |
| Plaintiff., | § § § | CIVIL ACTION No. B-01-162 |
| v. | § § § | |
| ATLANTIC TRADING, INC. d/b/a TRACTOR-TEX and WILLIAM CURRAN, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on the 16th day of July 2002, the Court heard oral argument on Plaintiff's Motion for Contempt of Court [Dkt. No. 11]. The Court **ORDERED** Mr. Curran to remove all signs and other infringing stickers, posters, and other displayed documents containing the names "Ford" and "New Holland" from his place of business by 4p.m. on July 16, 2002. The Court **GRANTED** $1600 in attorneys' fees for Plaintiff [Dkt. No. 11]. Mr. Curran is forewarned that if this order is not complied with, a third party will be appointed by the Court to enforce the judgment.

DONE this 16th day of July, 2002 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge