16

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

New Holland, et al
versus
Atlantic Trading, Inc.

Judge Hilda G. Tagle

CASE NO. 01CV162

**Exhibit List**

Case Manager: Stella Cavazos
Court Reporter: Breck Record

List of Plaintiff

Proceeding: Motion Hearing

Date: 7/16/02

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | 2 pictures of Defendants' building | ✓ | |
| 2 | 2 pictures of Defendants' building | ✓ | |
| 3 | 2 pictures of Defendants' property | ✓ | |
| 4 | 1 picture of mailbox & 1 picture of bldg. | ✓ | |
| 5 | 2 pictures of Defendants' mailbox | ✓ | |
| 6 | 2 pictures of Defendants' building | ✓ | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |