18

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

NEW HOLLAND NORTH AMERICA, INC. §
§
versus § CIVIL ACTION: B-01-162
§
ATLANTIC TRADING, INC. d/b/a §
TRACTOR-TEX and WILLIAM CURRAN

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Hearing

1. A hearing on Plaintiff's Second Motion for Contempt of Court (Doc.#17) will be held before Judge Hilda G. Tagle on:

   *September* 16, 2002
   at 2:30 p.m.
   Third Floor-Courtroom No. 3
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520

2. Each party shall appear by the attorney in charge of the case. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing.

Signed on *September* 3 ,2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge