IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NEW HOLLAND NORTH AMERICA, INC., § § Plaintiff, § § VS. § § ATLANTIC TRADING, INC. d/b/a § TRACTOR-TEX and WILLIAM CURRAN, § § Defendants. § § | CIVIL ACTION <br><br> **NO. B-01-162** |

### PLAINTIFF'S IDENTIFICATION OF ASSETS TO BE SEIZED

Pursuant to the Federal Rules of Civil Procedure, the Texas Rules of Civil Procedure, and the U.S. Marshal's internal procedures, Plaintiff submits its identification of assets to be seized from Defendants to satisfy the Court's final judgment of November 29, 2001, in the above-styled and numbered cause:

#### Inventory

1. Defendants possess on their property at 4500 North Expressway 77/83, Brownsville, Cameron County, Texas, located inside their store and shop, an inventory of **repair and maintenance parts and supplies,** including tires, to service trucks, tractors, implements and other farm machinery, manufactured by various companies. Plaintiff intends

49380:1042684.1:010803

to seize a sufficient amount of this inventory to satisfy the Court's judgment in the principal amount of $50,701.82, plus interest, attorney's fees and all court costs.

2. Defendants possess on their property at 4500 North Expressway 77/83, Brownsville, Cameron County, Texas, located outside in the front and on the side of their store and shop, an inventory of **farm implements** used for agricultural purposes, commonly connected behind a tractor for purposes such as plowing and cultivating land. Plaintiff intends to seize a sufficient amount of this inventory to satisfy the Court's judgment in the principal amount of $50,701.82, plus interest, attorney's fees and all court costs.

### Tools

3. Defendants possess on their property at 4500 North Expressway 77/83, Brownsville, Cameron County, Texas, located inside their store and shop, various **tools** used to repair and service tractors, implements and various kinds of farm machinery. Plaintiff intends to seize a sufficient amount of these **tools** to satisfy the Court's judgment in the principal amount of $50,701.82, plus interest, attorney's fees and all court costs.

### General Assets

4. Defendants possess on their property at 4500 North Expressway 77/83, Brownsville, Cameron County, Texas, located inside their store and shop, various general assets, including computers, cash registers, display shelves, desks, tables, and chairs. Plaintiff intends to seize a sufficient amount of these **general assets** to satisfy the Court's

judgment in the principal amount of $50,701.82, plus interest, attorney's fees and all court costs.

## Cash

5. Defendants maintain an amount of **cash** on their property at 4500 North Expressway 77/83, Brownsville, Cameron County, Texas, located inside their store and shop, in cash registers and/or safes, received from customers from sales and service. Plaintiff intends to seize all amounts of **cash** on the property to satisfy the Court's judgment in the principal amount of $50,701.82, plus interest, attorney's fees and all court costs

Respectfully submitted,

By: _____
Jon D. Brooks
Federal/S.D. ID No. 24936
Texas Bar No. 24004563
55 Cove Circle
Brownsville, Texas 78521
Telephone: (956) 542-4377
Facsimile: (956) 542-4370

**Attorney-in-Charge for Plaintiff
New Holland North America, Inc.**

OF COUNSEL:

James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
Brownsville, Texas 78521
Telephone: (956) 542-4377
Facsimile: (956) 542-4370